UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARDOCHE OLIVIER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   No. 3:17-cv-01300 |
| | )   **CHIEF JUDGE CRENSHAW** |
| **ROSS H. HICKS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Before the Court is a Report and Recommendation, recommending that the Court grant the City of Clarksville's Unopposed Motion for Summary Judgment. (Doc. No. 15.) It further recommended that Leigh Black be dismissed from the Complaint for insufficient service. (Id.) No timely objections have been filed. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, the City of Clarksville's Unopposed Motion for Summary Judgment (Doc. No. 12) is **GRANTED**. All claims against the City of Clarksville are **DISMISSED WITH PREJUDICE**. All claims against Leigh Black are **DISMISSED WITHOUT PREJUDICE** for insufficient service. Fed. R. Civ. P. 4(m). The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE